**CITY OF NEWPORT et al.**

v.

**Richard MEDEIROS et al.**

No. 85–163–M.P.

Supreme Court of Rhode Island.
April 25, 1985.

Turner C. Scott, City Sol. for City of Newport, for petitioners.

Gregory B. Klaiber, Newport, for respondents.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.

**Grace GAY**

v.

**B.B. GREENBERG CO.**

No. 85–29–M.P.

Supreme Court of Rhode Island.
April 25, 1985.

Raul L. Lovett, Marc B. Gursky, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for petitioner.

George E. Healy, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.

**NARRAGANSETT IMPROVEMENT CO.**

v.

**O. AHLBORG & SONS, INC.**

No. 85–97–M.P.

Supreme Court of Rhode Island.
April 25, 1985.

Kenneth P. Borden, Robert J. Quigley, Providence, for petitioner.

Peter L. Kennedy, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER, J., did not participate.